# EXHIBIT 1

[redacted]

## Important:

**ONLINE REPORT**

**This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.**

**This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws. User agrees to having knowledge of all applicable laws pertaining to the usage of data. User accepts all responsibility civilly and criminally for any use of this system.**

**Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.**

## Comprehensive Report

**Comprehensive Report**
**Date:** 09/02/2026
Reference ID: **NONE**

**Report Legend**
D - Deceased Person

Relatives
S > - 1st Degree of Separation
S >> - 2nd Degree of Separation
S >>> - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: JEAN MICHEL P DECOMBE (09/02/2000 to 06/02/2026)
Date of Birth: **XX/XX/1964** (98%) , Born **62** years ago
[redacted]

Other Individuals Observed with shared SSN or ITIN: **None**

**Other Names Associated with Subject**
JEANMICHEL P DECOMBE JEAN(09/02/2007 to 06/02/2026)
MICHEL DECOMBE(01/13/2018 to 05/05/2026)
JEANMICHEL DECOMBE(09/02/2008 to 04/20/2026)
JEANMICHEL P DECOMBE(09/02/1996 to 11/01/2023)
JEAN MICHEL DECOMBE(12/27/2016)

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
[redacted]

[redacted]

## Indicators

[redacted]

[redacted]

[redacted]

## Possible Employers (3 Found)

Business Name: **GROXIS INC. (08/05/2025)** [ View Business Record ]
Address: **30 HOTALING PL, SAN FRANCISCO, CA 94111 (SAN FRANCISCO COUNTY)**

Business Name: **GROXIS, INC. (08/29/2023)** [ View Business Record ]
Address: **239 SEALE AVE, PALO ALTO, CA 94301 (SANTA CLARA COUNTY)**

Business Name: **JEAN MICH DECOMBE (04/26/2001 to 12/12/2017)** [ View Business Record ]
Address: **28 MONTANA ST, RICHMOND, CA 94801 (CONTRA COSTA COUNTY)**

## Address Summary (4 Found)

28 MONTANA ST, RICHMOND, CA 94801-4047 (CONTRA COSTA COUNTY) (03/23/2007 to 09/02/2026)
239 SEALE AVE, PALO ALTO, CA 94301-3732 (SANTA CLARA COUNTY) (07/1998 to 10/2010)
20 GLEN DR, SAUSALITO, CA 94965-2031 (MARIN COUNTY) (01/2003 to 11/01/2006)
1705 COWPER ST, PALO ALTO, CA 94301-3804 (SANTA CLARA COUNTY) (11/1995 to 01/23/2003)

## Address Details (4 Found)

**28 MONTANA ST, RICHMOND CA 94801-4047 (CONTRA COSTA COUNTY)** (03/23/2007 to 09/02/2026) [ Back to Summary ]
Subdivision Name: **EAST RICHMOND**
Subject's Phone

**(510) 778-4715(PT)** - **DECOMBE, JEAN**
Owners:
**MAUREEN DECOMBE** [ View Person Record ]
**JEAN-MICHEL DECOMBE** [ View Person Record ]

[redacted]

## Cities History (3 Found)

RICHMOND, CA (CONTRA COSTA COUNTY) (03/23/2007 to 09/02/2026)
PALO ALTO, CA (SANTA CLARA COUNTY) (11/1995 to 10/2010)
SAUSALITO, CA (MARIN COUNTY) (01/2003 to 11/01/2006)

## Counties History (3 Found)

CONTRA COSTA, CA (03/23/2007 to 09/02/2026)
SANTA CLARA, CA (11/1995 to 10/2010)
MARIN, CA (01/2003 to 11/01/2006)

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## US Business Affiliations (3 Found)

Business Details
**GROXIS INC (Primary)**
**GROXIS, INC. (Primary)**
**GROXIS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS DELAWARE GROXIS, INC. (Merged)**
Link Number: 221561375

122 SHERMAN AVE, PALO ALTO, CA 94306-1822 (SANTA CLARA COUNTY) (08/27/2002 to 08/28/2023)
239 SEALE AVE, PALO ALTO, CA 94301-3732 (SANTA CLARA COUNTY) (08/27/2002 to 08/28/2023)

Business Details
**GROXIS INC. (Primary)**
**GROXIS, INC. (Primary)**
Link Number: 846103625

30 HOTALING PL, SAN FRANCISCO, CA 94111-2224 (SAN FRANCISCO COUNTY) (07/12/2005 to 08/04/2025)
30 HOTALING PL # 2, SAN FRANCISCO, CA 94111-2224 (SAN FRANCISCO COUNTY) (07/12/2005 to 08/04/2025)

Business Details
**JEAN MICH DECOMBE (Primary)**

28 MONTANA ST, RICHMOND, CA 94801-4047 (CONTRA COSTA COUNTY) (12/12/2017 to 12/12/2017)

## UCC Filings (None Found)

## US Corporate Affiliations (1 Found)

Incorporation State: **CA**
**GROXIS, INC. (Primary)**
Address: **239 SEALE AVE, PALO ALTO, CA 94301-3732 (SANTA CLARA COUNTY)**
Filing Number: **2222729**
Link Number: 221561375
Filing Office Link Number: 1807680030
Corporation Type: **Not Available**
Address Type: **Business**
Registration Type: **Domestic Corporation**
Verification Date: **08/01/2023**
Filing Date: **03/10/2000**
Incorporation Date: **03/10/2000**
Sec State Status Date: **08/07/2001**
Date First Seen: **04/05/2023**
Date Last Seen: **08/28/2023**
Received Date: **08/09/2023**
Misc Details: **BUSINESS TYPE: SOFTWARE**
Filing Office Name: **BUSINESS PROGRAMS DIVISION**
Filing Office Address: **1500 11TH ST FL 3, SACRAMENTO, CA 95814-5701 (SACRAMENTO COUNTY)**
File Date: **08/29/2023**
Sec Status: **Merged Out**

**Corporate Officers and Directors**

**JEAN MICHEL DECOMBE** , Title: **Chief Executive Officer**
239 SEALE AVE, PALO ALTO, CA 94301-3732 (SANTA CLARA COUNTY)

[redacted]

[redacted]

[redacted]

[redacted]