# EXHIBIT 2



# Jean-Michel Decombe · 3rd

Entrepreneur, Product Designer, Engineer

Maporium · Université Paris Dauphine

San Francisco Bay Area · Contact info

https://maporium.com

500+ connections

Message | Follow | More

## Highlights

**Jean-Michel has held 2 roles at Maporium Inc.**

Progressed from Founder, Lead Client Software Engineer to Chief Executive Officer over 20+ years at Maporium Inc.

Free insight from Hiring Pro

**Find more candidates like Jean-Michel**

Hiring Pro finds and evaluates up to 25 candidates based on your criteria

Try Hiring Pro

## About

I am currently CEO and CTO at Maporium, the human-directed, AI-assisted systems thinking company that I founded to foster individual and collaborative systems thinking and probl… more

## Activity

+ Follow

659 followers

### Jean-Michel has no recent posts

Recent posts Jean-Michel shares will be displayed here.

Show all →

## Experience

### Chief Executive Officer
Maporium · Full-time
Jun 2024 - Present · 2 yrs 4 mos
San Francisco Bay Area · On-site

### Chief Technology Officer
Helper Systems · Full-time
Jul 2018 - May 2024 · 5 yrs 11 mos
San Francisco Bay Area · Remote

### Founder, Chief Technology Officer, Lead Software Engineer
Ludicode · Self-employed
Jun 2010 - Apr 2019 · 8 yrs 11 mos
San Francisco Bay Area · On-site

• 2019: Designed and developed an innovative information UX for macOS
→ Swift, XCode, AppKit, etc.… more

### Director of Engineering, Product Designer, Senior Mobile Engineer
Firstup · Full-time
Feb 2015 - Jun 2018 · 3 yrs 5 mos
San Francisco, California · Hybrid

• Managed the design and development of critical internal software platforms
◦ multiplatform customization, generation, and distribution of mobile apps… more

### Director of Mobile Engineering, Principal Software Engineer
Zynga · Full-time
Oct 2010 - May 2013 · 2 yrs 8 mos
San Francisco, California · On-site

• Managed an overall team of up to 30 engineers on a very fast growing mobile team
◦ hired and managed across Poker, CityVille Hometown, ForestVille, and Slots studios… more

Show all →

## Education

**Université Paris Dauphine - PSL**
Mathematics and Computer Science
1982 – 1984

Morgan Stanley
Promoted •••
Morgan Stanley
Elizabeth, you should follow Morgan Stanley
Stay up to date on markets, economies and global trends.
**Kenny** & 18 other connections also follow
Follow

## More profiles for you



**James Dacombe** · 3rd
Thiel Fellow | Founder: CoMind, OLIX
Message



**Roman K.** · 3rd+
iOS Developer
Message



**Tim Bauer** · 3rd
Project Manager at McCauley Construction
Message



**Phyllis White** · 3rd
Retired - Sales Operations Manager

Message



Ted Hekman · 3rd
I enjoy helping companies solve problems related to technology, operations, and marketing.

Message

Show all →

## Explore Premium profiles



Jacqueline Suh · 2nd
Managing Associate at Sheppard

Connect



Carmen Ortega · 2nd
Managing Associate, Commercial Litigation and Disputes

Connect

Jane Kim · 2nd
Litigation Associate at McDermott Will & Schulte

Connect

Francesca Kennedy · 3rd
Associate at A&O Shearman

Message

## People you may know

From Jean-Michel's job title



Makesha Patterson · 2nd
Director, Head of General Litigation at Google LLC

Connect



Steve Ellis · 2nd
Technical Advisor at Google

Connect

**Jeffrey Merritt, CPA** · 2nd
Associate Director at CNM LLP

Connect

**David Shyu** · 2nd
Executive

Connect

**Ericko Mahendra** · 2nd
Managing Director at PT.HARMONY PILAR SENTOSA - ( We are Hiring )

Connect

Show all →

## You might like

Pages for you

**East Bay Community Law Center**
Legal Services
3,305 followers

Michelle & 24 other connections follow this page

+ Follow

**NVIDIA**
Computer Hardware Manufacturing
6,391,624 followers

Luis Gabriel works here

+ Follow

Show all →

Promoted ···

**Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases now!

**Use Remitly to pay VAs**
Pay your virtual assistants with no hidden fees. See costs upfront.




**Wharton Emerging CFO Prog**
Preparing for your next leap in finance leadership?

About

Accessibility

Talent Solutions

Community Guidelines

Careers

Marketing Solutions

Privacy & Terms

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

LinkedIn Corporation © 2026

**Questions?**
Visit our Help Center.

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

Select language

English (English)