**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

AMIR LAVI,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Civil Action No. 1:26-cv-00949

**DECLARATION OF SCOTT W. TAYLOR IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Scott W. Taylor, hereby certify and state:

1. I am a partner of the firm Kwun Bhansali Lazarus LLP, attorneys for Defendant Google, LLC ("Google") in the above-captioned matter. I am licensed to practice law in California, and was admitted to practice *pro hac vice* in this Court on July 20, 2026. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Google's Motion to Transfer to the Northern District of California pursuant to 28 U.S.C. §1404(a).

3. Attached hereto are true and correct copies of the following documents:

| Ex. | **Description** |
|---|---|
| 1. | Licensed Investigator Report of Databases (Sep. 2, 2026) (Redacted) |
| 2. | Jean-Michel Decombe, LinkedIn, https://www.linkedin.com/in/jmdecombe (last visited Sep. 2, 2026) |
| 3. | John Markoff, *A New Company Tries to Sort the Web's Chaos*, N.Y. Times (Oct. 27, 2002), https://web.archive.org/web/20100323103225/http://www.nytimes.com/2002/10/27/technology/27SOFT.html. |
| 4. | Genevieve Ranieri, *Grokker: The Search Is On*, README (Dec. 6, 2002), https://web.archive.org/web/20100620163249/http://journalism.nyu.edu/pubzone/ReadMe/article.php%3Fid=2.html |
| 5. | U.S. Patent No. 6,879,332 |
| 6. | U.S. Patent No. 6,888,554 |
| 7. | U.S. Patent No. 7,036,093 |

4. The redacted information in Ex. 1 is either irrelevant to Mr. Decombe's current whereabouts or association with Groxis, Inc. and/or includes personally identifiable information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 3, 2026 in San Francisco, California.

Scott W. Taylor