**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| AMIR LAVI,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 1:26-cv-00949 |

**DECLARATION OF BRADLEY KELLETT IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Bradley Kellett, hereby certify and state:

1. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I am a Senior Engineering Director, Video and Images Search Experience at Google. Members of my team are responsible for the user experience on the Images tab on Google Search, including the query refinement chips that are displayed under the search box after a user enters a query (referred to as "Images chip"). I have been a Google employee since 2019.

3. I am based out of Google's headquarters in Mountain View, California, where Google's leadership team is also based. I am aware that Google Search and the Images chip were initially developed in Northern California.

4. Google engineers on my team are responsible for both the frontend (i.e., user interface ("UI")) and backend (i.e., generation) of the Images chip.

5. Addy Ngan, Director, Software Engineering, leads the team responsible for generating the Images chip. Mr. Ngan is based out of Google's Mountain View office. The members of Mr. Ngan's team responsible for this functionality are Suddha Basu and Yonghong Zhang. Mr. Basu and Ms. Zhang are based out of Google's Mountain View office.

6. Amay Champaneria is a Software Engineer who is responsible for the UI that handles how the images associated with the Images chip appear to the user.

7. As a matter of practice, to the extent that testing of Images chip functionality was conducted by Google engineers during the course of its development, it would have been conducted by the engineers responsible for the development of that functionality on machines and devices those engineers were using. As noted above, those engineers are based out of Google's offices in the Bay Area.

8. I am not aware of any Google employees based in Austin, Texas (or elsewhere in Texas) who were involved in the development, testing, or current operation of either the frontend or backend functionality of the Images chip.

9. I understand that as a matter of Google practice, documents and physical evidence in Google's possession pertaining to its products and services, including source code, are normally created and maintained by the employees working on those products and services. Other employees generally do not have equal access to these documents, including technical documents and source code generated as part of product development. With respect to highly confidential source code, within Google there are layers of security for accessing code, and generally, only employees working on a particular functionality have access to that portion of the source code. Because the employees responsible for the Images chip are located in the Mountain View, California area, the relevant documents were primarily created and continue to be maintained there.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 28 2026 in Mountain View, California.

Bradley Kellett