**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| AMIR LAVI,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 1:26-cv-00949 |

**DECLARATION OF SCOTT W. TAYLOR IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFF AMIR LAVI'S MOTION FOR LEAVE TO CONDUCT VENUE DISCOVERY AND FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER**

I, Scott W. Taylor, hereby certify and state:

1. I am a partner of the firm Kwun Bhansali Lazarus LLP, attorneys for Defendant Google, LLC ("Google") in the above-captioned matter. I am licensed to practice law in California, and was admitted to practice *pro hac vice* in this Court on July 20, 2026. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Google's Opposition to Plaintiff's Motion For Leave to Conduct Venue Discovery And For an Extension of Time to Respond to Defendant's Motion to Transfer.

3. On September 11, 2026 the parties met and conferred regarding Plaintiff's Motion for Venue Discovery ("Motion"). On September 15, Google notified Plaintiff that it would oppose his motion, and noted that Plaintiff had not specified the scope and substance of the discovery he would seek, other than the number of requests and length of deposition. At no time prior to the filing of Plaintiff's Motion did Plaintiff provide Google with a copy of the discovery requests he filed in connection with his Motion. *See* Dkt. Nos. 26-1 & 26-2. Nor has Plaintiff offered to limit or modify his requests, in number or scope.

4. The parties have yet to engage in a Rule 26(f) conference regarding a proposed joint scheduling order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 22, 2026 in San Francisco, California.

Scott W. Taylor